```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0027--CR (TWH)
                             "USA V DANNY LEE COUNTS"
                             DEF 1.1 COUNTS, DANNY LEE

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 06/10/05
              Closed: NO
 No. of Defendants: 1
    MJ Case Number:
                 AKA:
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: NO
 Needs interpreter: NO
 Counsel of record: Richard W. Wright
                    Attorney at Law
                    250 Cushman Street, Ste 500
                    Fairbanks, AK 99701
                    907-451-8605
                    FAX 907-451-8607
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Robert J. Warren
                    Special U.S. Attorney
                    Post Office Box 31269
                    Ft. Greeley, AK 99731
                    907-873-0420
                    FAX 907-873-4055
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 COUNTS, DANNY LEE

Document           Count    Citation and Description                      Disposition
_____         _____    _____                      _____
   1 -   1 INF       1      18:13-9999 FURNISHING OR DELIVERY OF ALCOHOLIC  Pending
                            BEVERAGES TO PERSON UNDER THE AGE OF 21 (M)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F05-0027--CR (TWH)
                              "USA V DANNY LEE COUNTS"

                                 For all filing dates


    Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
    Magistrate Judge:
              Filed: 06/10/05
             Closed: NO
 No. of Defendants: 1


 Document #   Filed     Docket text

     1 -   1  06/10/05  [Re: DEF 1] PLF 1 Information.

     2 -   1  06/14/05  [Re: DEF 1] TWH Minute Order scheduling arraignment for 07/26/05 at
                        10:00 a.m. in Fairbanks courtroom 2 cc: USA, USM, FPO, FPD, Def by USM,
                        Judge Hall.

  NOTE -   1  06/15/05  Issued: summons

     3 -   1  07/19/05  [Re: DEF 1] TWH Minute Order, arraignment set for July 21,2005 is
                        VACATED and rescheduled for Aug 11,2005 at 10:00 a.m. cc: USA, USM, FPO,
                        FPD, MJ Hall

     4 -   1  07/25/05  Return of of Summons unexecuted.

     5 -   1  08/11/05  [Re: DEF 1] CJA appointment of Richard W. Wright.

     6 -   1  08/12/05  [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] Arraignment on
                        Information held 8-11-05. Def plead not guilty to Ct 1 of Information.
                        Financial Affidavit filed. FPD to appoint counsel/notified. Order
                        setting conditions of release filed. Order regarding preparation for
                        trial filed. Pretrial motions due 8-26-05. Counsel advised no trial date
                        has been set. All discovery exchanged to defendant in court. cc: USA;
                        USM: USPO; R. Wright.

     7 -   1  08/12/05  DEF 1 Financial Affidavit.

     8 -   1  08/12/05  [Re: DEF 1] TWH Order regarding preparation for trial.  cc: USA; R.
                        Wright.

     9 -   1  08/12/05  [Re: DEF 1] Order setting conditions of release. cc: USA; USM; USPO; R.
                        Wright.

    10 -   1  08/16/05  DEF 1 Attorney Appearance.

    11 -   1  08/16/05  DEF 1 Consent to Proceed Before Magistrate Judge.

    12 -   1  08/29/05  DEF 1 motion for corrected order regarding preparation for trial,
                        defendant has already been furnished with discovery and plaintiff's
                        counsel has asserted it is complete.

    13 -   1  09/12/05  [Re: DEF 1] TWH Minute Order setting hearing regarding modification of
                        conditions of release and status of Trial by Jury will be held on
                        Wednesday Sept 21,2005 at 3:30 p.m. cc: SAUSA, R.Wright, USM, FPO, MJ
                        Hall.

    14 -   1  09/15/05  [Re: DEF 1] PLF 1 Report discovery conference.  No discovery issues at
                        this time.

    15 -   1  09/15/05  [Re: DEF 1] Minute Order terminating in light of this order: motion for
                        corrected order regarding preparation for trial (12-1). cc: Warren,
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F05-0027--CR (TWH)
                              "USA V DANNY LEE COUNTS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Wright, FPO, USM |
| 16 - 1 | 09/21/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause]. Hearing re Status of Trial/Modifications of Conditions of Release HELD 9-21-05. Court modified conditions of release. Court directed defense counsel to file waiver of speedy trial to be filed with the court nlt 10-21-05. Status conference set for 12-14-06 at 9:00 a.m. in Fairbanks.  cc: USA; USM; USPO; R. Wright |