NELSON P. COHEN
United States Attorney

Robert J. Warren
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email:  robert.warren11@us.army.mil

Attorneys for The United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )<br>           v.                                         )<br>                                                          )<br>DANNY LEE COUNTS,               )<br>                                                          )<br>           Defendant.                      )<br>_____) | Case Number:  F05-0027CR (TWH)<br><br>**MOTION TO DISMISS** |

      COMES NOW the United States of America, by and through the Special Assistant United States Attorney, and moves to dismiss with prejudice the above captioned matter.  The prosecution has been provided information that Mr. Counts will be on active duty in Iraq for an additional year.

      Dated this 27th day of November 2006, at Delta Junction, Alaska.

      NELSON P. COHEN
United States Attorney

/s/ ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison
P.O. Box 31269
Fort Greely, Alaska 99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email: robert.warren11@us.army.mil
AK Bar #0409050

Certification:
I certify that on November 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:
Richard Wright, Esq.
/s/ Robert J. Warren