IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                              )<br>          Plaintiff,                           )<br>                                                              )   Case Number:  F05-0027CR (TWH)<br>          v.                                       )<br>                                                              )   **NOTICE OF SUBMISSION**<br>                                                              )<br>DANNY LEE COUNTS,                  )<br>                                                              )<br>          Defendant.                        )<br>_____) | |

     COMES NOW the United States of America, by and through the Special Assistant United States Attorney, and provides a proposed order for the Motion To Dismiss made by the United States in the above captioned matter.

     Dated this 27th day of November 2006, at Delta Junction, Alaska.

     NELSON P. COHEN
     United States Attorney

     /s/ ROBERT J. WARREN
     Special Assistant U.S. Attorney
     Headquarters, United States Army Garrison
     P.O. Box 31269
     Fort Greely, Alaska 99731
     Telephone: (907) 873-0420
     Fax:(907) 873-4055
     Email: robert.warren11@us.army.mil
     AK Bar #0409050

Certification:
I certify that on November 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:
Richard Wright, Esq.
/s/ Robert J. Warren