IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>          Plaintiff,                         )<br>                                                       )<br>     v.                                           )<br>                                                       )<br>                                                       )<br>DANNY LEE COUNTS,               )<br>                                                       )<br>          Defendant.                      )<br>_____) | Case Number:  F05-0027CR (TWH)<br><br>**ORDER** |

    Now comes the Government's Motion to Dismiss with prejudice in the above entitled case.  The Motion is hereby GRANTED/DENIED.

    Dated this ____ day of _____, 2006.

_____
Presiding Judge