IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANNY LEE COUNTS, | ) |
| | ) |
|     Defendant. | ) |
| _____ ) | Case No. F05-0027 CR |

## **NON-OPPOSITION TO MOTION TO DISMISS**

The Defendant, through his undersigned counsel, does not oppose the Plaintiff's Motion to Dismiss with prejudice.

RESPECTFULLY SUBMITTED this 29th day of November, 2006.

                                        RICHARD W. WRIGHT, P.C.

                                        /s/Richard W. Wright
                                        Alaska Bar #9009061
                                        Attorney for Plaintiffs
                                        Richard W. Wright, P.C.
                                        250 Cushman Street, Suite 500
                                        Fairbanks, Alaska  99701
                                        (907) 451-8605
                                        Fax:  (907) 451-8607

Certificate of Service
I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following party on November 29, 2006.
Robert J. Warren

/s/ Richard W. Wright