UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )
                                )   Case No. 4:05-cr-00027-TWH
v.                              )
                                )
DANNY LEE COUNTS,               )
                                )
        Defendant.              )
                                )

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ The court has granted the motion of the government for dismissal with/~~without~~ prejudice;

of the offense(s) of FURNISHING ALCOHOLIC BEVERAGES TO A PERSON UNDER THE AGE OF 21 as charged in count 1 of the Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

**DATED** at Fairbanks, Alaska, this 1st day of December, 2006.

REDACTED SIGNATURE

TERRANCE W. HALL
United States Magistrate Judge

[]{DISCHARG.WPD*Rev.07/03}